AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

OCT 1 2020 PM3:43
FILED-USDC-CT-HARTFORD

| | |
|---|---|
| United States of America<br>v.<br>RICHARD SMITH<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        3:20MJ846 (RAR)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___October 1, 2020___ in the county of ___Hartford___ in the
___District of___ ___Connecticut___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1); §§ 2252A(a)(5)(B) and (b)(2) | Receipt of child pornography;<br>Possession of and access with intent to view child pornography |

This criminal complaint is based on these facts:

See Affidavit of HSI Special Agent Allison M. Haimila, which is incorporated herein.

☐ Continued on the attached sheet.

**ALLISON M HAIMILA**  Digitally signed by ALLISON M HAIMILA
Date: 2020.10.01 15:30:15 -04'00'

*Complainant's signature*

HSI Special Agent Allison M. Haimila
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

**Robert A. Richardson**  Digitally signed by Robert A. Richardson
Date: 2020.10.01 15:37:12 -04'00'

Date: ___10/01/2020___

*Judge's signature*

City and state:    ___Hartford, Connecticut___                     United States M.J. Robert A. Richardson
*Printed name and title*