Criminal Std (6/13/2012)

HONORABLE: **Richardson**
DEPUTY CLERK **A. Blue**          RPTR/ECRO/TAPE **S. Masse**
USPO **S. Alston**                INTERPRETER

TOTAL TIME: ___ hours **10** minutes

DATE: **Oct 1, 2020**   START TIME: **3:45pm**   END TIME: **3:55pm**

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR **4**
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [x] DETENTION HRG **5m**
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG **1m**

CRIMINAL NO. **3:20mj 846 RAR**   DEFT # **1**

**UNITED STATES OF AMERICA**
vs
**Richard Smith**

**Patrick Doherty**
AUSA

**Ashley Meskill**
Counsel for Defendant Ret [ ] CJA [ ] PDA [x]

---

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] [x] Arrest Date (CT Case): **10-01-2020** [ ] Case unsealed or [ ] Rule 5 arrest, ___ Dist of ___
- [x] CJA 23 Financial Affidavit filed [x] under seal
- [ ] Order Appointing Federal Public Defender's Office filed
- [x] Court appoints Attorney **Ashley Meskill** to represent defendant for [ ] this proceeding only [x] all proceedings
- [ ] Appearance of ___ filed
- [ ] [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ___ filed
- [ ] [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- [ ] Petition to Enter Guilty Plea filed
- [ ] Defendant motions due ___ ; Government responses due ___
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for ___ at ___
- [ ] Jury Selection set for ___ at ___
- [ ] Remaining Count(s) to be dismissed at sentencing
- [ ] Sentencing set for ___ at ___ [ ] Probation 246B Order for PSI & Report
- [ ] Special Assessment of $___ on count(s) ___. Total $ ___ [ ] Due immediately [ ] Pay at sentencing
- [x] Govt's Motion for Pretrial Detention filed [x] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] Order of Detention filed
- [ ] Deft ordered removed/committed to originating /another District of ___
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $___ [ ] reduced to $___ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [x] Defendant detained
- [x] Prob-Cause Hearing [ ] waived [x] set for **10/15/20 @ 10:00am** [ ] continued until ___
- [ ] Set Attorney Flag and notify Federal Grievance Clerk

[ ] SEE page II for [ ] conditions of bond [ ] additional proceedings

## CONDITIONS OF BOND

☐ ….. Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ….. Deft must reside at _____

☐ ….. Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ….. Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ……Deft must refrain from the possession of firearms or dangerous weapons.

☐ ….. Deft must maintain employment or actively seek employment.

☐ ….. Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ….. as set forth in the Order Setting Conditions of Release

☐ …… _____

## ADDITIONAL PROCEEDINGS

☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: