IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:20MJ846 (RAR) |
| v. | October 29, 2020 |
| RICHARD SMITH | |

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order to partially seal the Affidavit in Support of the Criminal Complaint ("the Affidavit"), Dkt. No. 1-1. The Government makes this application because the investigation of the criminal activities described in the Affidavit is ongoing. Counsel for the defendant, Ashley Meskill, Esq., does not object to the Government's motion.

On October 1, 2020, the Court (Richardson, J.) approved a Criminal Complaint charging Richard Smith with federal crimes related to receipt, possession of and access to child pornography, *see* Dkt. No. 1, based upon the Affidavit of Homeland Security Special Agent Allison M. Haimila, *see* Dkt. No. 1-1. The Court also conducted Mr. Smith's Initial Appearance on October 1, 2020. On that date, the Government did not request continued sealing or partial sealing of the Affidavit.

The Government now moves for partial sealing of the Affidavit. The Affidavit makes mention of a source of information utilized as part of the ongoing investigation, and a manner by which child pornography was distributed and accessed. While Mr. Smith has now been charged with federal crimes, the investigation of similar activities by other targets is ongoing within the District of Connecticut, and other districts. The investigation is neither public nor known to all targets of the investigation. Disclosure of the contents of the Affidavit could result in the

destruction of evidence and could frustrate the investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, sources of information, and by limiting the ability to conduct other search warrants as to other targets. Some of the evidence in this investigation is stored electronically. The information contained within the Affidavit, including the source of information paired with the manner, timing and nature of child pornography access, could allow subjects under investigation to change patterns of behavior, destroy electronic evidence, including information on their devices, computers, and online accounts, and take other steps to thwart law enforcement.

      The Government has attached a redacted copy of the Affidavit. Redaction of this information is requested to preserve the ongoing investigation and prevent impairment of law enforcement activity. Accordingly, sealing is warranted because the presumption of access to the Affidavit is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

The Government respectfully requests that the attached redacted version of the Affidavit be publicly filed in place of Dkt. No. 1-1, and the redacted information be sealed until **September 30, 2021**.

Respectfully Submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

  /s/
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY
Federal Bar No. PHV10400
157 Church Street, 25th Floor
New Haven, Connecticut 06510

**CERTIFICATE OF SERVICE**

      This is to certify that on October 29, 2020, a copy of the foregoing Government's Motion was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY