## Total DOC Offenders Positives for Covid-19 by Facility
(posted 11/20/2020)

Total Offender Positives: 1,749  
Total Offenders Recovered: 1,692  
Covid-19 Offenders in Hospital: 0  
Covid-19 Offender Deaths: 8

| FACILITY | TOTAL POSITIVES |
| --- | --- |
| Bridgeport CC | 140 |
| Brooklyn CI | 157 |
| Cheshire CI | 35 |
| Corrigan-Radgowski CC | 263 |
| Garner CI | 11 |
| Hartford CC | 191 |
| MacDougall-Walker CI | 46 |
| Manson Youth Inst. | 6 |
| New Haven CC | 142 |
| Northern CI | 2 |
| MacDougall-Walker CI Infirmary | 30 |
| Osborn CI | 364 |
| Carl Robinson CI | 288 |
| Willard-Cybulski CI | 102 |
| York CI | 1 |

https://portal.ct.gov/DOC/Common-Elements/Common-Elements/Health-Information-and-Advisories

LAST ACCESSED November 24, 2020