UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:20-MJ-846 |
| v. | ) |
| | ) |
| RICHARD SMITH | ) November 24, 2020 |
| | ) |

## MOTION FOR PERMISSION TO FILE EXHIBIT CONTAINING PRIVILEGED HEALTH RECORDS UNDER SEAL

The defendant, RICHARD SMITH, respectfully requests permission for leave to file Exhibit A to the defendant's Motion to Release with Proposed Conditions under seal. In support of this Motion, defendant states that the filing of this exhibit under seal is in the interest of justice as the document contains privileged medical information.

Respectfully submitted,
Ashley Meskill

/s/Ashley Meskill_____
By Ashley Meskill (# phv10217)
FEDERAL DEFENDER'S OFFICE
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel:    (860) 493-6260
Fax:   (860) 493-6269
email: ashley_meskill@fd.org

## CERTIFICATION OF SERVICE

This is to certify that on November 24, 2020, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

/s/Ashley Meskill_____
Ashley Meskill