UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        vs.                                      CRIMINAL NO. 3:20-MJ-846 (RAR)

RICHARD SMITH                               (December 9, 2020)

## **UNOPPOSED MOTION TO POSTPONE PROBABLE CAUSE HEARING**

Mr. Richard Smith, the Defendant, though undersigned counsel, files this Motion for Release with Proposed Conditions for the reasons set forth below.

**I.**     **Procedural History**

1. Mr. Smith is charged in a Complaint dated October 1, 2020 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 1.

2. On October 1, 2020 Mr. Smith appeared before Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith is currently being held at the Hartford Correctional Center in Hartford, Connecticut.

5. The Court, United States Magistrate Judge Robert A. Richardson, set the date for a probable cause hearing for December 14, 2020.

6. The parties require additional time to investigate aspects of the case, review the discovery, and potentially come to a resolution that would obviate the need for a trial.

7. Accordingly, the defendant seeks a 60-day extension of the time within which a preliminary hearing should be held.

8. Mr. Smith is in Hartford Correctional Facility which has been in lockdown due to the COVID-19 pandemic.

9. As soon as a waiver can be obtained, one will be filed.

10. Counsel has spoken to Assistant United States Attorney, Patrick Doherty, who does not object to the granting of this motion.

Respectfully Submitted,

THE DEFENDANT,
Richard E. Smith

FEDERAL DEFENDER OFFICE

Date: December 09, 2020            */s/ Ashley Meskill*
Assistant Federal Defender
10 Columbus Blvd, Floor 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: phv10217
Email: ashley_meskill@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 09, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ashley H. Meskill*
Ashley H. Meskill