UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        vs.                             CRIMINAL NO. 3:20-MJ-846 (RAR)

RICHARD SMITH                         (January 27, 2021)

### UNOPPOSED MOTION TO POSTPONE PROBABLE CAUSE HEARING

Mr. Richard Smith, the Defendant, though undersigned counsel, files this Motion to Continue the Probable Cause Hearing scheduled for February 15, 2021 for the reasons set forth below.

**I.**      **Procedural History**

1. Mr. Smith is charged in a Complaint dated October 1, 2020 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 1.

2. On October 1, 2020 Mr. Smith appeared before Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith is currently being held at the Hartford Correctional Center in Hartford, Connecticut.

5. The Court, United States Magistrate Judge Robert A. Richardson, set the date for a probable cause hearing for February 15, 2021.

6. The parties require additional time to investigate the case, review the discovery, and potentially come to a resolution that would obviate the need for a trial.

7. Accordingly, the defendant seeks a 60-day extension of the time within which a preliminary hearing should be held.

8.  Mr. Smith is in Hartford Correctional Facility which has been in lockdown due to the

    COVID-19 pandemic.

9.  As soon as a waiver can be obtained, one will be filed.

10. Counsel has requested a legal call with Mr. Smith, and the earliest one could be scheduled

    is February 4, 2021 at 9:30am.

11. Counsel has spoken to Assistant United States Attorney, Patrick Doherty, who does not

    object to the granting of this motion.


                                            Respectfully Submitted,


                                            THE DEFENDANT,
                                            Richard E. Smith

                                            FEDERAL DEFENDER OFFICE



Date: January 27, 2021                      */s/ Ashley Meskill*
                                            Assistant Federal Defender
                                            10 Columbus Blvd, Floor 6
                                            Hartford, CT 06106
                                            Phone: (860) 493-6260
                                            Bar No.: phv10217
                                            Email: ashley_meskill@fd.org



                          CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on January 27, 2021, a copy of the foregoing Motion was filed
electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing
will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone
unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access
this filing through the Court's CM/ECF System.


                                      2

_/s/ Ashley H. Meskill_
Ashley H. Meskill