# MEDICAL JUSTICE ALLIANCE INC.
A medicine and law collaboration in the public interest

---

February 4th, 2021

To Whom it May Concern

We are writing out of urgent concern for Mr. Richard Smith, an inmate at Hartford Correctional Center.. We are three emergency physicians working in the Yale New-Haven emergency department on the front lines of the COVID-19 crisis. Mr. Smith's attorney Ashley Meskill contacted us due to concern about his risk of death should he contract COVID-19. We have reviewed Mr. Smith's medical records, and Drs. Elechi and Sun spoke with him for approximately 45 minutes on January 25th, 2021.

In brief, Mr. Smith is a 65 year old man with medical history significant for uncontrolled obesity, hypertension, chronic kidney disease. Mr. Smith's age and medical conditions place him at risk for severe life threatening COVID-19 infection. According to the CDC, individuals between the ages of 65-74 have a 5 fold higher chance of hospitalization and 90 fold higher chance of dying as a result of COVID-19. Eight out of ten COVID-19 deaths reported in the U.S. have been in adults 65 years old and older.[3]

Mr. Smith is also clinically obese. Obesity is defined as having a body mass index (BMI) over 30. Mr. Smith has a BMI of 33.7. Obesity has been shown to be an independent risk factor for COVID-19 infection resulting in hospitalization, respiratory failure and intubation.[1]

Mr. Smith's uncontrolled hypertension also places him at increased risk for severe COVID-19 infection and death. Hypertension is the most common risk factor in patients hospitalized for COVID-19. Mr. Smith's medical history is notable for "recalcitrant hypertension" as described by his cardiologist. Resistant to different medication regimens, his blood pressure is notably hard to treat and he was given strict instructions to monitor it closely. During our interview with Mr. Smith, he made it clear that his blood pressure has not been checked more than 5-6 times since his incarceration in October 2020 and none since the full lock-down began in December. This illustrates that his prison-based healthcare is not able to manage his complex condition in the context of this deadly pandemic.

Mr. Smith's cardiac history is notable for two significant events - acutely reduced systolic function in 2015, and a pericardial effusion with tamponade physiology which required a pericardial drain to be temporarily placed in 2017. Mr. Smith has been unable to follow-up with his cardiologist as necessary to monitor the aftermath of these conditions. He was supposed to undergo a cardiac echo in October prior to his incarceration. This vitally important study has been continuously delayed. Chronic heart disease increases the risk of COVID-19 infection and while infected, these individuals are more likely to have acute cardiac events that result in clinical deterioration.[6] In addition, individuals with heart failure are more than four times as likely to have severe COVID-19 infection requiring hospitalization.[2] Another comorbidity that puts Mr. Smith at significant risk for COVID-19 is his chronic kidney disease (CKD). He is in CKD stage 3b which corresponds to moderate to severely decreased kidney function. Over a third of patients hospitalized with COVID-19 develop further kidney injury, and a third of this group dies.[7]

In our interview, Mr. Smith described conditions in prison that place him at risk of contracting COVID-19. For example, on laundry day the entire block intermixes to drop off their laundry. When not on full lockdown, there is intermixing between prisoners of the same block as well as with other floors while lining up to pick up their medications. Mr. Smith reports that other prisoners remove their masks during the three hours of daily indoor activity. Since prisoners are not routinely screened for COVID-19 and only are tested when they report symptoms, there is concern for asymptomatic transmission since people are most infectious 2 days before symptoms and during the first 5 days of symptoms.[4]

In conclusion, Mr. Smith has several significant independent risk factors for severe COVID-19 infection and death from COVID-19. Cumulatively, his risk for hospitalization or death is many times higher than that of the general population. Because of his elevated risk of severe COVID-19 infection and the risk of COVID-19 transmission at his facility, it is our assessment that the conditions of his incarceration constitute an undue risk to his health and safety. Should he contract the COVID-19, Mr. Smith's risk of having a severe disease course and dying in custody is far above average. He should be released immediately into an environment where he can practice strict social distancing, hand hygiene and mask wearing.

Respectfully,

*[signature]*

| | | |
|---|---|---|
| Jessica Bod MD | Wendy Sun MD | Ola Elechi MD |
| Assistant Professor | Resident Physician | Resident Physician |
| Department of Emergency Medicine | Department of Emergency Medicine | Department of Emergency Medicine |
| Yale School of Medicine | Yale School of Medicine | Yale School of Medicine |

---

References

1 Kalligerosm, M., et al. *Association of Obesity with Disease Severity Among Patients with Coronavirus Disease 2019.* Obesity (Silver Spring). 2020 Jul;28(7):1200-1204. doi: 10.1002/oby.22859. Epub 2020 Jun 12. PMID: 32352637; PMCID: PMC7267224.

2 Petrilli, C.M., et al. *Factors associated with hospital admission and critical illness among 5279 people with coronavirus disease 2019 in New York City: prospective cohort study. BMJ* 2020; 369 :m1966

3 "Older Adults and COVID-19." *Centers for Disease Control and Prevention*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html#:~:text=not%20wearing%20masks.-,Wear%20masks,to%20help%20protect%20each%20other.

4 Cevik, M., et al. *SARS-CoV-2, SARS-CoV, and MERS-CoV viral load dynamics, duration of viral shedding, and infectiousness: a systematic review and meta-analysis.* The Lancet Microbe, Volume 2, Issue 1, e13 - e22

5. Richardson, S., et al. *Presenting Characteristics, Comorbidities, and Outcomes Among 5700 Patients Hospitalized With COVID-19 in the New York City Area*. JAMA, 2020. 323(20): p. 2052-2059.

6. Zheng, Z., et al. *Risk factors of critical & mortal COVID-19 cases: A systematic literature review and meta-analysis*. Journal of Infection, 2020.

7. Hirsch, J.S., et al. *Acute kidney injury in patients hospitalized with COVID-19*. Kidney international, 2020: p. S0085-2538(20)30532-9.

Contact: info@medicaljusticealliance.org
79 Boat Basin, Apt 20
New York, New York 10024
404.387.5528

EIN: 85-3943873