# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

|  |  |
|---|---|
| v | **APPEARANCE** |
|  | CASE NO.: 3:20MJ846(RAR) |

RICHARD SMITH

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

**RICHARD SMITH**

| | |
|---|---|
| Date: March 10, 2021 | /s/ Tracy Hayes |
| | Signature |
| Bar No.: phv06527 | Tracy Hayes |
| | Print Name |
| | OFFICE OF THE FEDERAL DEFENDER |
| | Firm Name |
| | 265 CHURCH STREET, SUITE 702 |
| | Address |
| | NEW HAVEN     CT     06510 |
| | City           State     Zip Code |
| | (203) 498-4200 |
| | Phone Number |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 10, 2021, a copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                           /s/ Tracy Hayes
                                                           Tracy Hayes