IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:20MJ846 (RAR) |
| v. | September 27, 2021 |
| RICHARD SMITH | **Filed Under Seal** |

**RENEWED MOTION TO SEAL DOCUMENT**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America respectfully moves the Court for a renewed sealing order as to Document Number 1-1, the affidavit in support of the criminal complaint, sealed in this case, and to seal this motion, until **March 31, 2022**. The Court had previously entered an order to seal on September 30, 2020, which sealed Document No. 1-1, the affidavit in support of the criminal complaint, and allowed a redacted version of the affidavit, Document 9-1, to be filed in its place. The current sealing order is set to expire on September 30, 2021. The Government makes this application because the investigation of the criminal activities described in the documents is ongoing. Defense counsel for Mr. Smith did not reply to the Government's emails regarding this motion for continued sealing, but did not oppose the original motion seal, Document No. 9.

The contents of the affidavit contain information regarding sensitive investigations by the Government into child pornography offenses committed using the internet. On September 30, 2020, this Court (Farrish, J.) approved a warrant to search a Connecticut residence. That residence was searched and on October 1, 2020, a criminal complaint was filed charging Richard Smith with federal crimes related to receipt, possession, and access to child pornography. *See* CM/ECF 3:20MJ846 (RAR) Dkt. No. 1. On March 29, 2021, Smith was indicted by a New Haven grand jury and the indictment was publicly filed. *See* CM/ECF 3:21CR47 (JAM), Dkt. No. 31.

The Government now moves for continued sealing of the affidavit in support of the criminal complaint, Document No. 1-1. The affidavit of Special Agent Allison Haimila makes mention of sources of information utilized as part of the ongoing investigation, and a manner by which child pornography was distributed and accessed. The affidavit describes a particular website used to host child pornography materials and explains that law enforcement officials were able to identify visitors to that website, despite steps taken by those visitors to anonymize their identities. This investigation is broad and continuing.

While Mr. Smith has been charged with federal crimes, the investigation of similar activities by other targets is ongoing within the District of Connecticut, and other districts. The investigation is neither public nor known to all targets of the investigation. Disclosure of the contents of affidavit could result in the destruction of evidence and could frustrate the investigation by alerting other targets of the investigation to the nature of the probe, the techniques employed, sources of information, and by limiting the ability to conduct other search warrants as to other targets.

The information contained within the affidavit, including the source of information paired with the manner, timing and nature of child pornography access, could allow subjects under investigation to change patterns of behavior, destroy electronic evidence, including information on their devices, computers, and online accounts, and take other steps to thwart law enforcement. Disclosure of the document would impair law enforcement and frustrate the ongoing investigation. Accordingly, sealing is warranted because the presumption of access to the documents is outweighed by these countervailing factors in favor of sealing.  Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

For those reasons, the Government respectfully requests that the Court continue its prior sealing order in this case until **March 31, 2022**, and to allow Document No. 9-1, a redacted version of the affidavit, to remain publicly filed in place of Document No. 1-1. The Government further requests that this motion to seal and continue sealing be sealed until **March 31, 2022** for the reasons explained above and because this application discusses an ongoing investigation. To the extent that the investigation described above can then be appropriately disclosed in public documents, the Government will then move to unseal the documents or, in the alternative, move to file redacted materials in accordance with the Local Rules of Criminal Procedure.

Respectfully Submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

　/s/＿＿＿＿＿＿＿＿＿＿＿＿＿＿
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY
Federal Bar No. PHV10400
1000 Lafayette Blvd., 10th Fl.
Bridgeport, Connecticut 06604

## **CERTIFICATE OF SERVICE**

      This is to certify that on September 27, 2021, a copy of the foregoing Government's Motion was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   /s/_____
                              PATRICK J. DOHERTY
                              ASSISTANT U.S. ATTORNEY