IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD SMITH | Case No.    3:20MJ846 (RAR)<br><br>December 13, 2023 |

## MOTION TO UNSEAL CASE

The United States respectfully requests that the Court unseal the above captioned case and documents filed within the case. The Government has reviewed the filings and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material.

Dated: December 13, 2023

                                          Respectfully submitted,

                                          VANESSA ROBERTS AVERY
                                          UNITED STATES ATTORNEY


                                          __/s/_____
                                          PATRICK J. DOHERTY
                                          ASSISTANT U.S. ATTORNEY
                                          Federal Bar No. PHV10400
                                          1000 Lafayette Blvd., 10th Fl.
                                          Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

       This is to certify that on December 13, 2023, a copy of the foregoing was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            __/s/_____
                                          PATRICK J. DOHERTY
                                          ASSISTANT U.S. ATTORNEY